August 28, 2009

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Mr. Roger Townsend
Alexander Dubose & Townsend LLP
1844 Harvard Street
Houston, TX 77008-4342

RE: Case Number: 07-0043
 Court of Appeals Number: 14-05-00010-CV
 Trial Court Number: 2002-25821

Style: DYNEGY MIDSTREAM SERVICES, LIMITED PARTNERSHIP AND VERSADO GAS
 PROCESSORS, LLC
 v.
 APACHE CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |
| |Mr. David M. Gunn|
| | |
| |Mr. David R. |
| |Taggart |